No. 860. FIDELITY TITLE & TRUST COMPANY, AN-CILLARY ADMINISTRATOR, ETC., *v.* DUBOIS ELECTRIC COMPANY. Motion to reinstate submitted April 14, 1919. Decided April 21, 1919. The motion to reinstate the petition for certiorari, in accordance with the reservation to that effect in the order of March 24, 1919, is allowed. It is ordered that the writ of certiorari be, and the same is hereby, granted. *Mr. Marcus W. Acheson, Jr.,* for petitioner. See *post,* 606.

No. 949. UNITED STATES *v.* NORTHERN PACIFIC RAILWAY COMPANY. April 21, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for the United States. *Mr. Charles W. Bunn* for respondent.

No. 957. FREDERICK J. MACLEOD ET AL., CONSTITUTING THE PUBLIC SERVICE COMMISSION OF MASSACHUSETTS, *v.* NEW ENGLAND TELEPHONE & TELEGRAPH COMPANY. April 21, 1919. Petition for a writ of certiorari to the Supreme Judicial Court of the State of Massachusetts granted. *Mr. William Harold Hitchcock* and *Mr. Henry C. Attwill* for petitioners. *The Solicitor General* for respondent.

No. 803. THOMAS P. KENNEY, AS ADMINISTRATOR, ETC., *v.* SUPREME LODGE OF THE WORLD, LOYAL ORDER OF MOOSE. April 28, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Illinois